# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  Russel S. Bleiler, III             :        Chapter 13

       Debtor                 :        No. 17-17743-jkf

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to the Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above-captioned matter on behalf of creditor, Sharon Bleiler, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

Scott F. Waterman, Esquire
Waterman & Mayer, LLP.
110 W. Front Street
Media, PA 19063
(610) 566-6177 Phone
(610) 892-6991 Fax

**WATERMAN & MAYER, LLP.**

Dated: December 18, 2017            **By:** */s/ Scott F. Waterman*
                                                  **SCOTT F. WATERMAN**
                                                  Attorney for Creditor