**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Russel S. Bleiler, III        :    Chapter 13

        Debtor        :    No. 17-17743-jkf

## SHARON BLEILER'S RESPONSE IN OPPOSITION TO THE DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11

Sharon Bleiler, by and through her attorney, responds to the Debtor's Motion to Convert Case as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied as a conclusion of law.

5. Admitted.

6. Admitted.

7. Denied as a conclusion of law.

8. Denied.

9. Admitted.

10. Denied as a conclusion of law.

11. Denied as a conclusion of law.

12. Admitted.

13. Denied.

14. Denied as stated.  It is admitted that Sharon Bleiler filed an unsecured proof of claim in the amount of $714,544.00 representing unpaid equitable distribution obligation found by the Montgomery County Court of Common Pleas be owing to her and it is admitted that she

1

took possession of certain personal items of the debtor prior to the bankruptcy filing as authorized by the Montgomery County Court of Common Pleas as a result of the debtor's contemptuous refusal to comply with the parties' Property Settlement Agreement.

15. Denied.

16. Denied.

17. Admitted.

18. Admitted.

**WHEREFORE,** Sharon Bleiler respectfully requests this Honorable Court deny the Debtor's Motion and dismiss the Debtor's Chapter 13 case.

Respectfully submitted:

**WATERMAN & MAYER, LLP.**

Dated: January 3, 2017            **By**:___/s/ Scott F. Waterman_____
**SCOTT F. WATERMAN, ESQUIRE**
110 W. Front Street
Media, PA 19063
(610) 566-6177  Phone
(610) 892-6991  Fax

2