**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                              :
In re:                                        :           CHAPTER 11
                                              :
RUSSEL S. BLEILER III                         :           Case No. 17-17743(JKF)
                                              :
         Debtor.                              :
_____:

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

*PLEASE TAKE NOTICE* that **Colin Ambler** hereby appears as a party-in-interest in the above-captioned case and, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), requests that all notices given or required to be given in these cases, and all papers served or required to be served in this case, be given to and served upon the following persons:

> David B. Smith, Esquire
> SMITH KANE HOLMAN, LLC
> 112 Moores Road, Suite 300
> Malvern, PA  19355
> Telephone: (610) 407-7217
> Facsimile: (610) 407-7218
> e-mail:   dsmith@skhlaw.com

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case.

Dated: April 13, 2018                                SMITH KANE HOLMAN, LLC

                                                */s/ David B. Smith*
                                                David B. Smith, Esquire
                                                112 Moores Road, Suite 300
                                                Malvern, PA  19355
                                                Telephone: (610) 407-7217
                                                Facsimile: (610) 407-7218
                                                e-mail:   dsmith@skhlaw.com

                                                *Attorneys for Colin Ambler*