United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Russel S. Bleiler, III  
    Debtor

Case No. 17-17743-jkf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: May 17, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.  
db            +Russel S. Bleiler, III,    293 Midfield Drive,    Ambler, PA 19002-1127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2018 at the address(es) listed below:

           CAROL A. SHELLY     on behalf of  Aishwarya  Patel carol@shelly-law.com,  dnurney@shelly-law.com  
           CHRISTINE LEIGH BARBA    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY  
            barbac@ballardspahr.com  
           CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of  
            Revenue crmomjian@attorneygeneral.gov  
           CORY P. STEPHENSON    on behalf of Debtor Russel S. Bleiler, III cstephenson@bk-legal.com  
           DAVID B. SMITH    on behalf of Defendant Colin  Ambler dsmith@skhlaw.com,  
            b.dr70286@notify.bestcase.com  
           DAVID B. SMITH    on behalf of Interested Party Colin  Ambler dsmith@skhlaw.com,  
            b.dr70286@notify.bestcase.com  
           FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
            ecf_frpa@trustee13.com  
           GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov  
           JOSEPH PATRICK SCHALK    on behalf of Interested Party    Morphy Auctions, Inc. jschalk@barley.com,  
            cbrelje@barley.com;jrachor@barley.com  
           KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
           NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,  
            PitEcf@weltman.com  
           SCOTT F. WATERMAN    on behalf of Creditor Sharon  Bleiler scottfwaterman@gmail.com,  
            scottfwaterman@gmail.com  
           THOMAS DANIEL BIELLI    on behalf of Debtor Russel S. Bleiler, III tbielli@bk-legal.com,  
            cstephenson@bk-legal.com;acarrillo@bk-legal.com  
           THOMAS DANIEL BIELLI    on behalf of Plaintiff Russel S. Bleiler, III tbielli@bk-legal.com,  
            cstephenson@bk-legal.com;acarrillo@bk-legal.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                             TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Russel S. Bleiler, III           :        Chapter 13

            Debtor                         :        No. 17-17743-jkf

**ORDER**

**AND NOW** this ____ day of May, 2018, upon consideration of Sharon Bleiler's Motion for Relief from the Automatic Stay under §362 and after a hearing it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part.

**IT IS ORDERED** that the Debtor, as administrator of of the Russel S. Bleiler, III D.M.D. P.C. Pension Plan shall within 10 days execute any and all documents necessary to effectuate Sharon Bleiler's access to her pension monies in accordance with the September 11, 2017 Stipulated Qualified Domestic Relations Order ("QDRO") regarding the divorce action captioned as: *Sharon Bleiler v. Russel S Bleiler, III,* Montgomery County Court of Common Pleas No. 2016-03495 ("Divorce Action").

**IT IS FURTHER ORDERED** that should Sharon Bleiler, at her sole discretion determine that the paperwork required to allow her access to her share of the Pension Plan has not been executed, the automatic stay under 11 U.S.C. §362(d)(1) shall be lifted to allow her, and her counsel, to proceed to take any action necessary including filing any motions necessary in the Divorce Action to further enforce and effectuate her right to obtain her share of the Russel S. Bleiler, III, D.M.D. P.C. Pension Plan.

**IT IS FURTHER ORDERED** that the automatic stay is hereby lifted to allow the parties to proceed on the litigation of the appeal of the August 29, 2017 Divorce Action Order before the Pennsylvania Appellate court(s).

1

**IT IS FURTHER ORDERED** that a determination regarding Sharon Bleiler's motion to sell certain personal property obtained pre petition shall be deferred pending the final determination of the of the State Court's August 29, 2017 Order. Counsel for the parties shall notify this Court when that eventuality occurs.

Until that time, it is hereby **ORDERED** that Sharon Bleiler shall not transfer, sell or dispose of any items in her possession that she acquired in accordance with the Divorce Action Order of August 29, 2017.

**IT IS FURTHER ORDERED THAT** Morphy Auctions and Hunt Auctions shall be prohibited from selling or transferring any items in their possession they obtained from Sharon Bleiler pending further Order of the Court. A determination of who shall be responsible for paying any penalties or storage fees owed to the auction houses as a result of this provision shall be deferred pending further Order of the Court. Debtor's counsel shall forward a copy of this Order to Hunt Auctions and Morphy Auctions, and their counsel.

**Date: May 17, 2018**

_Jean K. FitzSimon_
Jean K. FitzSimon,
United States Bankruptcy Judge