## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   RUSSELL S. BLEILER, III | : | CASE NO. 17-17743-jkf |
| | : | |
| Debtor | : | |
| | : | CH. 11 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)

To the Debtor(s), Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of creditor, Schmitt Construction, Inc., its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices including, without limitation, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

MAIL TO:
Law Office of John P. Attiani
500 Office Center Drive, Ste. 400
Ft. Washington, PA 19034

                                                Respectfully submitted,

                                                /s/ John P. Attiani, Esquire
                                                Law Office of John P. Attiani
                                                500 Office Center Drive, Ste. 400
                                                Ft. Washington, PA 19034
                                                (267)513-1918
                                                johnattiani@gmail.com

Date:   05/31/2018