### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| RUSSEL S. BLEILER, III | Case No. 17-17743 (JKF) |
| Debtors. | |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application for Authority to Employ and Retain Bielli & Klauder, LLC as Counsel to the Debtor* (the "Application") (D.I. No. 107) which was filed and served on June 12, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application (D.I. No. 108), all objections to the Application were to be filed and served no later than June 20, 2018.

It is hereby respectfully requests that the Order attached to the Application be entered at the earliest convenience of the Court.

**BIELLI & KLAUDER, LLC**

Dated: June 29, 2018

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire
Cory P. Stephenson, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: (215) 642-8271
Fax: (215) 754-4177
tbielli@bk-legal.com
cstephenson@bk-legal.com

*Proposed Counsel to the Debtor*