IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| RUSSEL S. BLEILER, III | Case No. 17-17743 (JKF) |
| Debtor. | |

**ORDER**

AND NOW this _____ day of June, 2018, upon consideration of the Application of Russel S. Bleiler (the "Debtor") for Authority to Employ and Retain Bielli & Klauder, LLC ("BK") as Counsel to the Debtor (the "Application"), and upon the Declaration of Thomas D. Bielli, Esquire in support thereof; and it appearing that BK is duly qualified to represent the Debtor in the above-captioned proceeding and that BK neither holds nor represents any interest adverse to the Debtor or his estate; and it appearing that employment of BK is necessary and is in the best interest of the Debtor, the Debtor's estate and its creditors; and it being certified that adequate notice of the Application has been provided; and it being certified that there were no objections made to the Application or after any hearing thereon; and it appearing that good cause exists for granting the relief requested in the Application; it is, by the United States Bankruptcy Court for the Eastern District of Pennsylvania,

ORDERED that the Application is approved; and it is further

ORDERED that Debtor may employ BK as his counsel in these proceedings to advise him upon all matters which may arise or which may be incident to this proceeding, said firm to be paid at such compensation as the Court shall allow, pursuant to a proper Application in accordance with *In re Busy Beaver Building Centers, Inc.*, 19 F. 3d 33 (3d Cir. 1994).

**Date: July 8, 2018**

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge