United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17743-jkf
Russel S. Bleiler, III                                                  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jul 09, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2018.
db            +Russel S. Bleiler, III,   293 Midfield Drive,   Ambler, PA 19002-1127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:
    CAROL A. SHELLY    on behalf of   Aishwarya  Patel carol@shelly-law.com, dnurney@shelly-law.com
    CHRISTINE LEIGH BARBA    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY
     barbac@ballardspahr.com
    CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
     Revenue crmomjian@attorneygeneral.gov
    CORY P. STEPHENSON    on behalf of Debtor Russel S. Bleiler, III cstephenson@bk-legal.com
    DAVID B. SMITH    on behalf of Interested Party Colin  Ambler dsmith@skhlaw.com,
     b.dr70286@notify.bestcase.com
    DAVID B. SMITH    on behalf of Defendant Colin  Ambler dsmith@skhlaw.com,
     b.dr70286@notify.bestcase.com
    FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
    JOHN P. ATTIANI    on behalf of Creditor    Schmitt Construction johnattiani@gmail.com
    JOSEPH PATRICK SCHALK    on behalf of Interested Party    Morphy Auctions, Inc. jschalk@barley.com,
     cbrelje@barley.com;jrachor@barley.com
    KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
     PitEcf@weltman.com
    SCOTT F. WATERMAN    on behalf of Creditor Sharon  Bleiler scottfwaterman@gmail.com,
     scottfwaterman@gmail.com
    THOMAS DANIEL BIELLI    on behalf of Plaintiff Russel S. Bleiler, III tbielli@bk-legal.com,
     cstephenson@bk-legal.com;acarrillo@bk-legal.com
    THOMAS DANIEL BIELLI    on behalf of Debtor Russel S. Bleiler, III tbielli@bk-legal.com,
     cstephenson@bk-legal.com;acarrillo@bk-legal.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
|---|---|
| RUSSEL S. BLEILER, III | Case No. 17-17743 (JKF) |
| Debtor. | |

**ORDER**

AND NOW this _____ day of June, 2018, upon consideration of the Application of Russel S. Bleiler (the "Debtor") for Authority to Employ and Retain Bielli & Klauder, LLC ("BK") as Counsel to the Debtor (the "Application"), and upon the Declaration of Thomas D. Bielli, Esquire in support thereof; and it appearing that BK is duly qualified to represent the Debtor in the above-captioned proceeding and that BK neither holds nor represents any interest adverse to the Debtor or his estate; and it appearing that employment of BK is necessary and is in the best interest of the Debtor, the Debtor's estate and its creditors; and it being certified that adequate notice of the Application has been provided; and it being certified that there were no objections made to the Application or after any hearing thereon; and it appearing that good cause exists for granting the relief requested in the Application; it is, by the United States Bankruptcy Court for the Eastern District of Pennsylvania,

ORDERED that the Application is approved; and it is further

ORDERED that Debtor may employ BK as his counsel in these proceedings to advise him upon all matters which may arise or which may be incident to this proceeding, said firm to be paid at such compensation as the Court shall allow, pursuant to a proper Application in accordance with *In re Busy Beaver Building Centers, Inc.*, 19 F. 3d 33 (3d Cir. 1994).

**Date: July 8, 2018**

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge