United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17743-jkf
Russel S. Bleiler, III                                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2           Date Rcvd: Jul 13, 2018
                              Form ID: pdf900          Total Noticed: 34

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +Russel S. Bleiler, III,   293 Midfield Drive,    Ambler, PA 19002-1127
intp           +Colin Ambler,    417 N. Front Street,    Philadelphia, PA 19123-4205
intp           +Morphy Auctions, Inc.,    2000 N. Reading Road,    Denver, PA 17517-9015
14017830       +Aishwarya Patel,    1524 Pwonal Dr.,    Morrisville, PA 19067-2758
14017831      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
14033646        Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
14111905       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14017832       +Barclays Bank Delaware,    100 S. West St.,    Wilmington, DE 19801-5015
14017835       +Carol A. Shelly, Esq.,    Shelly Law Offices, LLC,    70 W. Oakland Ave., Ste. 208,
                 Doylestown, PA 18901-4214
14017836        Chrissey L. Barba, Esq.,    Ballard Spahr LLP,    1735 Market St., 51st Fl.,
                 Philadelphia, PA 19103-7599
14017837       +Citizens One Auto Finance,    Attn: ROP-15B,    1 Citizens Drive,    Providence, RI 02903-1344
14017838       +Edfinancial Services,    Attn: Bankruptcy Department,    298 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2369
14021006       +Fox Rothschild LLP,    c/o Prince Altee Thomas, Esquire,     2000 Market Street - Twentieth Floor,
                 Philadelphia, PA 19103-3294
14017839        Internal Revenue Service,    Special Procedures Branch,    Attn: Bankruptcy Section,    PO Box 774,
                 Springfield, NJ 07081-0744
14017840       +John T. Durkin & Co.,    263 S. York Rd.,    Hatboro, PA 19040-3427
14039117       +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14093510       +Morphy Auctions,    ATTN: Joseph P. Schalk, Esquire,    Barley Snyder,    126 East King Street,
                 Lancaster, PA 17602-2893
14017841       +Schmitt Construction, Inc.,    1020 Springhouse Dr.,    Ambler, PA 19002-1169
14029414       +Sharon Bleiler,    c/o Scott F. Waterman, Esq.,    110 West Front Street,    Media, PA 19063-3208
14017842       +Sharon C. Bleiler,    801 Old York Rd., Ste. 403,    Jenkintown, PA 19046-1625
14017843       +Sheintoch Law P.C.,    415 Horsham Road,    Horsham, PA 19044-2068
14017846        TD Auto Finance,    Bankruptcy Department,    PO Box 9547,    Portland, ME 04112-9547
14100713        US Department of Education,    PO BOX 16448,    St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 14 2018 02:09:00      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: cio.bncmail@irs.gov Jul 14 2018 02:07:08      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA   19101-7346
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 14 2018 02:08:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2018 02:07:54
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA   17128-0946
14017834        E-mail/Text: bankruptcy@bbandt.com Jul 14 2018 02:07:10      Branch Banking and Trust Company,
                 200 West Second St.,    Winston Salem, NC 27101
14047677        E-mail/Text: bankruptcy@bbandt.com Jul 14 2018 02:07:10      BB&T,    PO Box 1847,
                 Wilson, NC 27894
14077187        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2018 02:23:43
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14015378       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2018 02:23:04
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14040070        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2018 02:07:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA   17128-0946
14017844       +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 02:23:25      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14017845       +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 02:23:05      Synchrony Bank / Care Credit,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14017833        Bloh
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*            +Schmitt Construction,    1020 Springhouse Drive,    Ambler, PA 19002-1169
cr*            +Sharon Bleiler,    c/o Scott F. Waterman, Esq,    110 West Front Street,    Media, PA 19063-3208
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14114124*      +John T. Durkin & Co.,    263 S. York Road,    Hatboro, PA 19040-3427
                                                                                      TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Jul 13, 2018
                              Form ID: pdf900          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:

```
          CAROL A. SHELLY    on behalf of  Aishwarya  Patel carol@shelly-law.com, dnurney@shelly-law.com
          CHRISTINE LEIGH BARBA    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY
           barbac@ballardspahr.com
          CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue crmomjian@attorneygeneral.gov
          CORY P. STEPHENSON    on behalf of Debtor Russel S. Bleiler, III cstephenson@bk-legal.com
          DAVID B. SMITH    on behalf of Defendant Colin  Ambler dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          DAVID B. SMITH    on behalf of Interested Party Colin  Ambler dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
          JOHN P. ATTIANI    on behalf of Creditor    Schmitt Construction johnattiani@gmail.com
          JOSEPH PATRICK SCHALK    on behalf of Interested Party    Morphy Auctions, Inc. jschalk@barley.com,
           cbrelje@barley.com;jrachor@barley.com
          KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
           PitEcf@weltman.com
          SCOTT F. WATERMAN    on behalf of Creditor Sharon  Bleiler scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          THOMAS DANIEL BIELLI    on behalf of Plaintiff Russel S. Bleiler, III tbielli@bk-legal.com,
           cstephenson@bk-legal.com;acarrillo@bk-legal.com
          THOMAS DANIEL BIELLI    on behalf of Debtor Russel S. Bleiler, III tbielli@bk-legal.com,
           cstephenson@bk-legal.com;acarrillo@bk-legal.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
                                            :         Chapter 11
RUSSEL S. BLEILER, III                      :
                                            :         Case No. 17-17743 (JKF)
                        Debtor.             :

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Acting United States Trustee has filed a **Motion Pursuant to 11 U.S.C.§1112(b) & 1129 (e) and Federal Rules of Bankruptcy Procedure 1017 (f) and 9014, Convert This Case to a Chapter 7 Proceeding or to Dismiss Chapter 11 Case With A Bar** with the Court.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from date of service**, you or your attorney must do <u>all</u> of the following:

    (a)     file an answer explaining your position at:
            U.S. Bankruptcy Court, Eastern District of Pennsylvania
            900 Market Street, Suite 400
            Philadelphia, PA  19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)     mail a copy to the movant's attorney:
            George M. Conway, Trial Attorney
            Office of the U.S. Trustee
            833 Chestnut Street, Suite 500
            Philadelphia, PA  19107
            (215) 597-4411 fax (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **August 15, 2018, at 1:00 p.m., in Courtroom #3,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  April 6, 2018