## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:   Russel S. Bleiler, III              :         Chapter 11

         Debtor              :         No. 17-17743-jkf

## JOINDER TO UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

Sharon Bleiler, creditor by and through her attorney, joins the United States Trustee's Dismissal Motion of this case for the reasons set forth therein.

In addition, at the hearing where the Court granted debtor's Motion to Convert, debtor's counsel indicated that the debtor would file a proposed plan within thirty days of the conversion. Contrary to that assertion, no plan has been filed to date.

**WHEREFORE,** Sharon Bleiler respectfully requests this Honorable Court dismiss this case.

                                   Respectfully submitted:

                                   **WATERMAN & MAYER, LLP.**

Dated: July 12, 2018              **By**:___/s/ Scott F. Waterman_____
                                             **SCOTT F. WATERMAN, ESQUIRE**
                                             110 W. Front Street
                                             Media, PA 19063
                                             (610) 566-6177  Phone
                                             (610) 892-6991  Fax