## CERTIFICATION OF SERVICE

I, Scott F. Waterman, Esquire, do hereby certify that a true and correct copy of the attached Joinder was served upon the following parties as addressed below by first class mail unless stated otherwise:

Thomas Daniel Bielli, Esquire
Bielli & Klauder, LLC
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

John P. Attiani, Esquire
500 Office Center Drive, Ste. 400
Ft. Washington, PA 19034

Christine L. Barba, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

ATTN: Joseph P. Schalk, Esquire
Barley Snyder
126 East King Street
Lancaster, PA 17602

David B. Smith, Esquire
SMITH KANE HOLMAN, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

Office of U.S. Trustee
(Via electronic service)

*/s/ Scott F. Waterman*
SCOTT F. WATERMAN, ESQ.

Dated: July 16, 2018