UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RUSSEL S. BLEILER, III, | : | |
| | : | |
| Debtor. | : | Bankruptcy No.: 17-17743 (JKF) |

_____

**ORDER OF DISMISSAL WITH A BAR AND JUDGEMENT**

AND NOW,   to wit, this  __16__  day of   August   , 2018, in consideration of the Acting United States Trustee's Motion to Dismiss or to convert the Case to a Chapter 7, and after hearing in open court, and for the reasons stated on the record, it is

ORDERED, that the Motion is GRANTED, and that this case is dismissed pursuant to 11 U.S.C. § 1112(b) with a bar against filing for a period of six months from the date hereof without first obtaining leave of Court.

IT IS FURTHER ADJUDGED that the debtor is indebted to the United States Trustee in the sum of $__2600.00__ for outstanding quarterly fees pursuant to 28 U.S.C. § 1930(a)(6).

BY THE COURT:

*Jean K. FitzSimon*

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge