United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17743-jkf
Russel S. Bleiler, III                                                  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP                 Page 1 of 2                  Date Rcvd: Aug 16, 2018
                              Form ID: pdf900             Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
```
db            +Russel S. Bleiler, III,    293 Midfield Drive,    Ambler, PA 19002-1127
intp          +Colin Ambler,    417 N. Front Street,    Philadelphia, PA 19123-4205
intp          +Morphy Auctions, Inc.,    2000 N. Reading Road,    Denver, PA 17517-9015
14017830      +Aishwarya Patel,    1524 Pwonal Dr.,    Morrisville, PA 19067-2758
14017831     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
14033646       Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
14111905      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14017832      +Barclays Bank Delaware,    100 S. West St.,    Wilmington, DE 19801-5015
14017835      +Carol A. Shelly, Esq.,    Shelly Law Offices, LLC,    70 W. Oakland Ave., Ste. 208,
               Doylestown, PA 18901-4214
14017836       Chrissey L. Barba, Esq.,    Ballard Spahr LLP,    1735 Market St., 51st Fl.,
               Philadelphia, PA 19103-7599
14017837      +Citizens One Auto Finance,    Attn: ROP-15B,    1 Citizens Drive,    Providence, RI 02903-1344
14017838      +Edfinancial Services,    Attn: Bankruptcy Department,    298 N. Seven Oaks Dr.,
               Knoxville, TN 37922-2369
14021006      +Fox Rothschild LLP,    c/o Prince Altee Thomas, Esquire,    2000 Market Street - Twentieth Floor,
               Philadelphia, PA 19103-3294
14017839       Internal Revenue Service,    Special Procedures Branch,    Attn: Bankruptcy Section,    PO Box 774,
               Springfield, NJ 07081-0744
14017840      +John T. Durkin & Co.,    263 S. York Rd.,    Hatboro, PA 19040-3427
14039117      +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14093510      +Morphy Auctions,    ATTN: Joseph P. Schalk, Esquire,    Barley Snyder,    126 East King Street,
               Lancaster, PA 17602-2893
14017841      +Schmitt Construction, Inc.,    1020 Springhouse Dr.,    Ambler, PA 19002-1169
14029414      +Sharon Bleiler,    c/o Scott F. Waterman, Esq.,    110 West Front Street,    Media, PA 19063-3208
14017842      +Sharon C. Bleiler,    801 Old York Rd., Ste. 403,    Jenkintown, PA 19046-1625
14017843      +Sheintoch Law P.C.,    415 Horsham Road,    Horsham, PA 19044-2068
14017846       TD Auto Finance,    Bankruptcy Department,    PO Box 9547,    Portland, ME 04112-9547
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 17 2018 02:14:30     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: cio.bncmail@irs.gov Aug 17 2018 02:13:57     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA  19101-7346
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2018 02:14:24     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2018 02:14:08
               Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
               Harrisburg, PA  17128-0946
14017834       E-mail/Text: bankruptcy@bbandt.com Aug 17 2018 02:13:58     Branch Banking and Trust Company,
               200 West Second St.,    Winston Salem, NC 27101
14047677       E-mail/Text: bankruptcy@bbandt.com Aug 17 2018 02:13:58     BB&T,    PO Box 1847,
               Wilson, NC 27894
14077187       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 02:16:05
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14015378      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 02:16:05
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14040070       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2018 02:14:08
               Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
               Harrisburg PA  17128-0946
14017844      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:16:01     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14017845      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:16:02     Synchrony Bank / Care Credit,
               Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14017833         Bloh
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             +Schmitt Construction,    1020 Springhouse Drive,    Ambler, PA 19002-1169
cr*             +Sharon Bleiler,    c/o Scott F. Waterman, Esq,    110 West Front Street,    Media, PA 19063-3208
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14114124*       +John T. Durkin & Co.,    263 S. York Road,    Hatboro, PA 19040-3427
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: PaulP                 Page 2 of 2                  Date Rcvd: Aug 16, 2018
                              Form ID: pdf900             Total Noticed: 33
```

             ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:

              CAROL A. SHELLY    on behalf of   Aishwarya  Patel carol@shelly-law.com, dnurney@shelly-law.com
              CHRISTINE LEIGH BARBA    on behalf of Creditor   BRANCH BANKING AND TRUST COMPANY
               barbac@ballardspahr.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue crmomjian@attorneygeneral.gov
              CORY P. STEPHENSON    on behalf of Debtor Russel S. Bleiler, III cstephenson@bk-legal.com
              DAVID B. SMITH    on behalf of Defendant Colin  Ambler dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DAVID B. SMITH    on behalf of Interested Party Colin  Ambler dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              JOHN P. ATTIANI    on behalf of Creditor   Schmitt Construction johnattiani@gmail.com
              JOSEPH PATRICK SCHALK    on behalf of Interested Party    Morphy Auctions, Inc. jschalk@barley.com,
               cbrelje@barley.com;jrachor@barley.com
              KEVIN G. MCDONALD    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor   TD Auto Finance LLC ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              NATHALIE  PAUL    on behalf of Creditor   Citizens Bank, N.A. npaul@weltman.com,
               PitEcf@weltman.com
              SCOTT F. WATERMAN    on behalf of Creditor Sharon  Bleiler scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS DANIEL BIELLI    on behalf of Plaintiff Russel S. Bleiler, III tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Debtor Russel S. Bleiler, III tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RUSSEL S. BLEILER, III, | : | |
| | : | |
| Debtor. | : | Bankruptcy No.: 17-17743 (JKF) |

## ORDER OF DISMISSAL WITH A BAR AND JUDGEMENT

AND NOW, to wit, this  16  day of   August   , 2018, in consideration of the Acting United States Trustee's Motion to Dismiss or to convert the Case to a Chapter 7, and after hearing in open court, and for the reasons stated on the record, it is

ORDERED, that the Motion is GRANTED, and that this case is dismissed pursuant to 11 U.S.C. § 1112(b) with a bar against filing for a period of six months from the date hereof without first obtaining leave of Court.

IT IS FURTHER ADJUDGED that the debtor is indebted to the United States Trustee in the sum of $  2600.00  for outstanding quarterly fees pursuant to 28 U.S.C. § 1930(a)(6).

BY THE COURT:

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge